George H. Brunt, CA Bar No. 223457
GeorgeB@leehayes.com
LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, WA  99201
Phone: (509) 324-9256
Fax: (509) 323-8979

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| VERO SOFTWARE INC., an Alabama corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACUTOOL, LLC, a California limited liability company; TONY DU, an individual; and JOHN DOES 1-10,<br><br>Defendants. | No. 8:19-cv-1253<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiff Vero Software Inc. notifies the Court that Plaintiff and Defendants Acutool, LLC and Tony Du (collectively, the "Parties") have reached a settlement. Defendants have been served with the Summons and Complaint, but have not filed an answer or entered an appearance in this action.

PLAINTIFF'S NOTICE OF SETTLEMENT
AND VOLUNTARY DISMISSAL - 1

Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and in accordance with the settlement agreement, Plaintiff voluntarily dismisses its claims asserted against Defendants Tony Du and Acutool, LLC with prejudice. The Parties shall each be responsible for their own attorneys' fees, costs, and expenses.

Dated: July 22, 2019.

By: /s/ George H. Brunt
George H. Brunt, CA Bar No. 223457
GeorgeB@leehayes.com
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2019, I caused the foregoing to be served on Defendants via email to tony@acutool.com and via First Class US Mail by mailing a copy to the following:

Tony Du
Acutool, LLC
c/o Tony Du, its Registered Agent
10876 El Centro Ave.
Fountain Valley, CA 92708

By: /s/ George H. Brunt
George H. Brunt, CA Bar No. 223457
GeorgeB@leehayes.com
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256

*Attorney for Plaintiff*